STATE of Missouri, Respondent,

v.

Jason D. ADAMS, Appellant.

Jason D. ADAMS, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 48603, WD 50299.

Missouri Court of Appeals,
Western District.

Aug. 15, 1995.

John M. Schilmoeller, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

PER CURIAM.

Appeal from conviction of assault and sentence of twenty-five years as well as denial of Rule 29.15 motion.

Affirmed. Rules 84.16(b) and 30.25(b).

■

In re J.N.H., G.W.H., and T.L.H., Minors, Plaintiff,

Juvenile Officer, Respondent,

W.G.H. and A.H., Natural Parents, Appellants.

No. WD 49886.

Missouri Court of Appeals,
Western District.

Aug. 15, 1995.

Mary Vegh Hower, St. Joseph, for appellants.

James A. Nadolski, St. Joseph, for respondent.

David R. Schmitt, Guardian ad Litem.

Before KENNEDY, P.J., and SMART and LAURA DENVIR STITH, JJ.

*ORDER*

PER CURIAM:

Appeal from an order terminating appellants' parental rights pursuant to section 211.447.2(3), RSMo 1993. There was substantial credible evidence to support the statutory grounds for termination as stated in section 211.447.2(3), and to establish that termination was in the best interests of the children.

Judgment of the trial court is affirmed. Rule 84.16(b).